IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **DWIGHT DWAYNE GRANDBERRY,**<br><br>Plaintiff,<br><br>v.<br><br>**G. D. LEWIS, et al.,**<br><br>Defendants. | Case No. C 10-4698 SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME (L.R. 6-3)**<br><br>Judge: Hon. Saundra B. Armstrong<br>Action Filed: October 18, 2010 |

Defendants moved for an extension of time up to and including May 1, 2012 to file their dispositive motion. The Court has read and considered Defendants' request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

Accordingly, the Court GRANTS Defendants' request for an extension of time. Defendants' dispositive motion is due on May 1, 2012. Plaintiff's opposition is due sixty days after Defendants file their motion, and Defendants' reply brief is due thirty days after Plaintiff's opposition is filed.

Dated: 5-9-12

_Saundra B Armstrong_
Hon. Saundra Brown Armstrong
United States District Judge

SF2011201727
20581537.docx

1

Order Granting Defs.' Mot. For Extension of Time to File Dispo. Mot. (C 10-4698 SBA)