IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT DWAYNE GRANDBERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-4698 SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Court's Order granting summary judgment for Defendants,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendants.

IT IS SO ORDERED.

DATED: 2-21-13

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DWIGHT GRANDBERRY,

    Plaintiff,

v.

G.D.LEWIS et al,

    Defendant.

Case Number: CV10-04698 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwight Dwayne Grandberry E-01386
California State Prison - Los Angeles County
P.O. Box 4430
Lancaster, CA 93539

Dated: February 25, 2013

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Grandberry4698.Judgment.frm