UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DWIGHT DWAYNE GRANDBERRY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>G. D. LEWIS, et al.,<br><br>　　　　Defendants. | No.  C 10-4698 SBA (PR)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

IT IS HEREBY ORDERED THAT:

1. Plaintiff's opposition to Defendant Mantel's motion for entry of judgment shall be due no later than **forty-five (45) days** after the date of this Order.

2. No later than **fourteen (14) days** after the date Plaintiff's opposition is filed, Defendant Mantel shall file a reply to the opposition.

3. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

IT IS SO ORDERED.

Dated:  10-30-14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.10\Grandberry4698.QI-BriefingSched.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT DWAYNE GRANDBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G.D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No.  10-cv-04698-SBA<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 10/31/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwight Dwayne Grandberry ID: E-01386
California State Prison - Los Angeles County
P.O. Box 4430
Lancaster, CA 93536


Dated: 10/31/2014


　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable SAUNDRA BROWN ARMSTRONG