UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT DWAYNE GRANDBERRY, <br>       Plaintiff, <br>   v. <br> D. MANTEL, <br>       Defendant. | Case No. 10-cv-04698-SBA (PR) <br><br> **CERTIFICATE THAT APPEAL IS TAKEN IN GOOD FAITH** |

      The Court previously granted summary judgment in favor of Salinas Valley State Prison ("SVSP") correctional staff on Plaintiff Dwight Dwayne Grandberry's equal protection claim. On appeal, the Ninth Circuit affirmed summary judgment as to Defendants Chief Deputy Warden G. D. Lewis and Correctional Sergeant A. Meza, but reversed as to Correctional Captain D. Mantel. The appellate court, however, did not consider or reverse this Court's alternative finding that Defendant Mantel is entitled to qualified immunity. On remand, the Court reviewed its qualified immunity analysis in a manner consistent with the Court of Appeal's decision, and concluded that remaining Defendant D. Mantel was entitled to judgment. Defendant has appealed that ruling.

      On October 19, 2015, the Court of Appeals referred this case to the district court "for the limited purpose of determining whether [IFP] status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Dkt. 90 at 1. A litigant who was previously permitted to proceed IFP may maintain such status on appeal unless the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed IFP. See Fed. R.App. P. 24(a)(3)(A). Similarly, 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken [IFP] if the trial court certifies in writing that it is not taken in good faith." For purposes of section 1915, an

1   appeal is frivolous if it lacks any arguable basis in law or fact. Neitzke v. Williams, 490
2   U.S. 319, 325, 327 (1989).  Although concluding that Mantel is entitled to qualified
3   immunity, the Court does not find that Plaintiff's appeal of its decision is "not taken in
4   good faith." 28 U.S.C. § 1915(a)(3).  Accordingly, Plaintiff's IFP status should continue
5   for purposes of his appeal.  The Clerk of the Court shall process this appeal in the usual
6   manner and shall send a copy of this Order to the parties and to the Ninth Circuit.

7   IT IS SO ORDERED.

8   Dated: 11/11/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.10\Grandberry4698.grantAFP.docx